# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JAMES D. FRACHALLA, JR.  
4716 BURMAN DRIVE  
CRYSTAL LAKE, IL  60014

SSN-xxx-xx-8018

Case Number: 07-72176

Case filed on: 9/12/2007  
Plan Confirmed on: 12/3/2007

D Dismissed

Total funds received and disbursed pursuant to the plan:  $965.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | JONES & HART LAW OFFICE | 3,774.00 | 3,774.00 | 901.83 | 0.00 |
|  | Total Legal | 3,774.00 | 3,774.00 | 901.83 | 0.00 |
| 006 | BLATT, HASENMILLER, LEIBSKER, ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JAMES D. FRACHALLA, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | OCWEN FEDERAL BANK FSB | 329,115.37 | 0.00 | 0.00 | 0.00 |
| 002 | OCWEN FEDERAL BANK FSB | 46,793.70 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 375,909.07 | 0.00 | 0.00 | 0.00 |
| 003 | CAPITAL ONE | 4,909.33 | 4,909.33 | 0.00 | 0.00 |
| 004 | CAPITAL ONE | 1,778.30 | 1,778.30 | 0.00 | 0.00 |
| 005 | CAPITAL ONE | 5,726.09 | 5,726.09 | 0.00 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 337.70 | 337.70 | 0.00 | 0.00 |
| 008 | LISSABETH M. FRACHALLA | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 343.06 | 343.06 | 0.00 | 0.00 |
| 010 | ST. ALEXIUS MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | VERIZON WIRELESS BANKRUPTCY DEPT. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | PORTFOLIO RECOVERY ASSOCIATES | 723.93 | 723.93 | 0.00 | 0.00 |
| 013 | PORTFOLIO RECOVERY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | PORTFOLIO RECOVERY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | PORTFOLIO RECOVERY ASSOCIATES | 1,313.68 | 1,313.68 | 0.00 | 0.00 |
|  | Total Unsecured | 15,132.09 | 15,132.09 | 0.00 | 0.00 |
|  | Grand Total: | 394,815.16 | 18,906.09 | 901.83 | 0.00 |

Total Paid Claimant:       $901.83  
Trustee Allowance:         $63.17  
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 07/30/2008          By  /s/Heather M. Fagan